# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| ROSIE JULIET REYES and FERNELIS ALEXANDER BAEZ PEGUERO, | NO. 1:25-cv-00638-JJM-PAS |
| Plaintiffs, | PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| PAMELA JO BONDI, United States Attorney General; KRISTI NOEM, Secretary of United States Department of Homeland Security; JOSEPH B. EDLOW, Director of United States Citizenship and Immigration Services;  TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; JONATHAN J. SMALL, Acting Field Office Director of USCIS Providence Field Office; CAMMILA WAMSLEY, Field Office Director of U.S. Immigration and Customs Enforcement Seattle Field Office; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. | Agency Doc. No. IOE0925435206; A234-241-345 |
| Defendants. | |

Plaintiffs respectfully move this Honorable Court to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Since the filing of this action, Defendants have taken steps that substantially address the urgency giving rise to the Complaint.  Specifically, counsel for Defendant has informed undersigned counsel that following his correspondence with U.S. Citizenship and Immigration Services ("USCIS"), they, USCIS,

have extended the deadline for responding to the Notice of Intent to Deny ("NOID"), indicating that USCIS will not deny the Form I-130 based on failure to respond to the NOID until the DNA results are received or a period of 45 days elapses, whichever comes first.  Furthermore, Defendants' counsel has put undersigned counsel's office in direct contact with ICE Deportation Officer Enrique Rodriguez in Tacoma, Washington, and Officer Rodriguez has responded to undersigned counsel's office's email to coordinate and facilitate the collection of the DNA sample.

These developments and the representations of Defendants' counsel materially resolve the urgent need for judicial intervention at this time.  In light of Defendants' actions, Plaintiffs respectfully request dismissal of this action, without prejudice, so that Plaintiffs may refile, as necessary.  Dismissal without prejudice will not prejudice Defendants and will conserve judicial resources.  Plaintiffs make this request in good faith and without any intent to delay or gain an undue advantage.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order dismissing this action without prejudice and granting such further relief as the Court deems just and appropriate.


DATED:  December 3, 2025

Respectfully submitted this 3rd       day of December  2025,


*By counsel,*

*/s/ Joceline Andrade*
Joceline Andrade
Andrade, Barbosa & Santos, LLC
800 Broad Street
Central Falls, RI 02863
Tel: (401) 753-2160
jandrade@abslawllc.com


*Counsel for Plaintiffs*